**Response to Notice of Final Cure Payment**

**Case#** 11-08323  **Name** EVADENY STEPHENS

BMO Harris Bank agrees that the trustee has paid in full the amount required to cure the default on the claim. The debtors are current and the next payment due date is:

**Payment Due Date:** 6/1/2015  **Amount Due:** $ 180.74

**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO. 11-08323

Debtor: EVADNEY STEPHENS

CHAPTER: 13

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this April 28, 2015, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

EVADNEY LAURIE STEPHENS
2227 WEST WARREN BLVD  APT# B1
CHICAGO, IL 60612


TOM VAUGHN
55 E MONROE STREET SUITE 3850
CHICAGO, IL 60603


NATHAN E CURTIS
55 E MONROE ST # 3400
CHICAGO, IL 60603

BMO Harris Bank, N.A.
By: /s/ _____
Kimberly Stoecker Bankruptcy Specialist

BKR-180-RC
770 N. Water Street
Milwaukee, WI 53202
866-280-8434 option 2